

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-75,966

### LARRY RAY SWEARINGEN, Appellant

### v.

### THE STATE OF TEXAS

### ON DIRECT APPEAL FROM THE DENIAL OF A MOTION TO RECUSE FILED IN CAUSE NO. 99-11-06435-CR IN THE 9TH JUDICIAL DISTRICT COURT MONTGOMERY COUNTY

*Per Curiam*.

## O P I N I O N

This is a direct appeal of the denial of a motion to recuse filed in the 9th Judicial District Court of Montgomery County, Cause No. 99-11-06435-CR, styled The State of Texas v. Larry Ray Swearingen. Appellant's appeal is untimely and is, therefore, dismissed.

Do not publish
Delivered:    November 26, 2008